UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY LAWYER, SR., | No. 2:18-cv-2999-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY, | |
| Defendant. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. He seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). ECF No. 2. Section 1915(a)(2) requires a prisoner seeking leave to proceed in forma pauperis to file a *certified* copy of the trust fund account statement for the 6-month period immediately preceding the filing of the complaint.

On November 16, 2018, plaintiff submitted a copy of his trust account statement, but it was not certified. ECF No. 2. On November 27, 2018, the court ordered plaintiff to submit a certified copy of his trust account statement. ECF No. 4. He resubmitted the same uncertified trust account statement. ECF No. 6.

/////

/////

/////

1

1     Accordingly, plaintiff has 30 days from the date this order is served to submit the required
2 trust account statement, meaning one that is certified by a jail official. Failure to comply with this
3 order may result in dismissal of this case.
4     So ordered.
5 Dated: December 18, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE